1006

[Nos. 46145-1-I; 46146-0-I; Division One. August 21, 2000.] 46642-9-I.

THE STATE OF WASHINGTON, *Appellant*, v. STEPHEN PANKEY, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 98-1-09750-3, Jeffrey Michael Ramsdell, J., entered February 24, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46239-3-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. DION XAVIER ADAMS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05470-7, Charles W. Mertel, J., entered January 31, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46242-3-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL TINSLEY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06283-0, Michael Hayden, J., entered January 21, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46319-5-I. Division One. August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. CAROL SCOTT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06054-3, Jeffrey Michael Ramsdell, J., entered March 27, 2000. *Remanded* by unpublished per curiam opinion.